IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-cv-00575-D

| | |
|---|---|
| MADIOR NDIAYE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER ON |
| v. | ) MOTION TO DISMISS |
| | ) |
| KIRSTJEN NIELSEN, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Having read and considered Plaintiff's Unopposed Motion to Dismiss, it is hereby ORDERED that the matter be dismissed without prejudice.

SO ORDERED. This __2__ day of April 2019.

JAMES C. DEVER III
United States District Judge